**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MARK H. MINEHART | Case No.:25-23220 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 11/26/2025  and confirmed on 01/01/1900 .  The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 5,270.00 |
| Less Refunds to Debtor | 4,953.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 316.20 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 316.20 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 316.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5292 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 452.79 | 0.00 | 0.00 | 0.00 |
| Acct: 5292 | | | | |
| * * * N O N E * * * | | | | |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK H. MINEHART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK H. MINEHART | 4,953.80 | 4,953.80 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 3,662.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,155.09 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2091 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 458.68 | 0.00 | 0.00 | 0.00 |
| Acct: 0384 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 965.69 | 0.00 | 0.00 | 0.00 |
| Acct: 6705 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 583.54 | 0.00 | 0.00 | 0.00 |
| Acct: 9113 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 3,404.91 | 0.00 | 0.00 | 0.00 |
| Acct: 5240 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5413 | | | | |
| CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5052 | | | | |
| CREDIT ONE BANK | 2,836.47 | 0.00 | 0.00 | 0.00 |
| Acct: 2720 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 1,141.47 | 0.00 | 0.00 | 0.00 |
| Acct: 8595 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 2,308.72 | 0.00 | 0.00 | 0.00 |
| Acct: 0454 | | | | |
| MERRICK BANK | 1,795.94 | 0.00 | 0.00 | 0.00 |
| Acct: 0293 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 3,255.32 | 0.00 | 0.00 | 0.00 |
| Acct: 2771 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 5,600.43 | 0.00 | 0.00 | 0.00 |
| Acct: 2549 | | | | |
| NAVY FEDERAL CREDIT UNION* | 4,710.89 | 0.00 | 0.00 | 0.00 |
| Acct: 7659 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 766.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0822 | | | | |
| TRAJECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| YOUNG FUNERAL LTD | 7,567.52 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                    0.00

TOTAL CLAIMED
PRIORITY                     0.00
SECURED                    452.79
UNSECURED              37.550.97

Date: 03/12/2026                                    /s/ Ronda J. Winnecour

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com